UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR407-223 |
| ) | |
| GEORGE MICHAEL MLAY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant's motion for reconsideration of the pretrial detention order is DENIED.

SO ORDERED this 21st day of August, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA